IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 13-cv-02294-RM-BNB

MORGAN STANLEY & CO., LLC., f/k/a Morgan Stanley & Co., Inc.,

Plaintiff,

v.

SCOTT ALLEN TRIMBACH, a/k/a Scott A. Trimbach, a/k/a Scott Trimbach,

Respondent.

## RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE

Now pending is the petitioner's **Motion for Entry of Judgment** [Doc. # 13, filed 10/29/2013] (the "Motion"). A Notice of Defendant's Filing of Bankruptcy [Doc. # 15] was received on December 19, 2013. As a result of the Notice, I recommended that the action be administratively closed. Recommendation [Doc. # 16, filed 12/20/2013]. That recommendation is pending.

In view of the respondent's bankruptcy and my recommendation to administratively close the case, I respectfully RECOMMEND that the Motion [Doc. # 13] be DENIED without prejudice.[1]

---

[1] Pursuant to 28 U.S.C. § 636(b)(1)(C) and Fed. R. Civ. P. 72(b), the parties have 14 days after service of this recommendation to serve and file specific, written objections. A party's failure to serve and file specific, written objections waives *de novo* review of the recommendation by the district judge, Fed. R. Civ. P. 72(b); Thomas v. Arn, 474 U.S. 140, 147-48 (1985), and also waives appellate review of both factual and legal questions. Makin v. Colorado Dept. of Corrections, 183 F.3d 1205, 1210 (10th Cir. 1999); Talley v. Hesse, 91 F.3d 1411, 1412-13 (10th Cir. 1996). A party's objections to this recommendation must be both timely and specific to preserve an issue for *de novo* review by the district court or for appellate review. United States v. One Parcel of Real Property, 73 F.3d 1057, 1060 (10th Cir. 1996).

Dated August 25, 2014.

BY THE COURT:

s/ Boyd N. Boland
United States Magistrate Judge

Case 1:13-cv-02294-RM-BNB   Document 17   Filed 08/25/14   USDC Colorado   Page 2 of 2